Clerk's Office
United States District Court
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 16 2006 ★

LONG ISLAND OFFICE

NOTICE OF
RELATED CASE ASSIGNMENT

Civil action  06cv696  was assigned to Judge  HURLEY  and Magistrate Judge

WALL  as related to  05cv4536  on  February 16, 2006

A copy of the complaint is attached

A copy of this Notice will be docketed

cc: Chambers of Assigned Judge and Magistrate Judge