UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK G. ROSENSKI, derivatively on behalf of SYMBOL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM R. NUTI, SALVATORE IANUZZI, MARK T. GREENQUIST, REOBERT J. CHRENC, GEORGE SAMENUK, MELVIN A. YELLIN, EDWARD KOZEL, and J. MICHAEL LAWRIE,<br><br>Defendants,<br><br>- and -<br><br>SYMBOL TECHNOLOGIES, INC.,<br><br>Nominal Defendant. | Case No. 2:06-CV-0696 (DRH-WDW) |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiff Frank G. Rosenski, by his attorneys, hereby voluntarily dismisses the above-captioned action Case No. 2:06-CV-0696 (DRH-WDW), filed on February 16, 2006, without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1). Defendants have not filed or served an answer nor moved for summary judgment in this action. Plaintiff does not intend by this voluntary dismissal to waive his right to participate and recover as a class member or shareholder in any action.

Dated: November 7, 2006

MILBERG WEISS BERSHAD &
SCHULMAN LLP

By: s/ Peter E. Seidman
Peter E. Seidman (PS-8769)
Kent A. Bronson (KB-4906)
One Pennsylvania Plaza – 49th Floor
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

LAW OFFICES OF
 CHARLES J. PIVEN, P.A.
Charles Piven
The World Trade Center Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
(410) 332-0030

**Plaintiff's Counsel**

## CERTIFICATE OF SERVICE

I, Kent A. Bronson, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the foregoing to be served by regular U.S. Mail to all parties listed on the attached service list on this 7th day of November, 2006.

/s/ Kent A. Bronson
Kent A. Bronson

SYMBOL TECHNOLOGIES, INC.

Service List

**Counsel for Defendants**

| | |
|---|---|
| Andrew J. Levander | Symbol Technologies, Inc. |
| William K. Dodds | William R. Nuti |
| **DECHERT LLP** | Mark T. Greenquist |
| 30 Rockefeller Plaza | **C/O SYMBOL TECHNOLOGIES, INC.** |
| New York, NY 10112 | One Symbol Plaza |
| Tel.: (212) 698-3500 | Holtsville, NY 11742 |
| Fax: (212) 698-3599 | |